# COMPLAINT
## (for non-prisoner filers without lawyers)

U.S. ... URT
... - WI
FILED

## UNITED STATES DISTRICT COURT 22 P 2:34
## EASTERN DISTRICT OF WISCONSIN
... COURT

(Full name of plaintiff(s))

**Howard Mayfield**

_____

_____

v.

(Full name of defendant(s))

**The Director of the Department of Workforce Development, Skinny LABs INC.**

Case Number:

**22-C-0210**

_____

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
   (State)

   **5485 N. Port Washington Road, Rm 320**
   (Address)      **Glendale, Wisconsin**

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **Director of the Department of Workforce Develop.**
   (Name)

   is (if a person or private corporation) a citizen of **Wisconsin**

Complaint – 1

Skinny Labs Inc.
450 Missionstreet / 201 E. Washington Ave
Suite 401 / 3099 E. Washington 53703
SanFrancisco, CA 94105 (State, if known)

and (if a person) resides at ___ Madison, WI _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

✗ Request to certify as a class

On 10-1-21 I filed for unemployment through the Department of Workforce Development. I was Denied unemployment many times by the DwD because I didn't Make enough Money according to them. I informed the DwD that the amount was incorrect $3505.21. Skinny Labs reported an amout of 3505 well below my true pay. DwD and the skinny Labs company both

Acted in Colusion to Deny me the rights to unemployment. The Department of Workforce Development Knew or should have known that compays would not pay because they would remove one or more of the quarterly earnings to Deny Paying Benefits.

Skinny Labs Inc falsely reported an income #3505 to the DWD and as a result Made me ineligible for unemployment benefits for Six months.

This happened in the State of Wisconsin.

As A Direct result of this Action I was Deprived of my Ability to support myself. Also, Negligence Action under state law pendent Jurisdiction

Case 2:22-cv-00219-LA    Filed 02/22/22    Page 3 of 6    Document 1

I was Also Denied my right of Life Liberty and the pursuit of happiness. It is A violation of my freedom from cruel and unusal punishment.

The Department of workforce Development still for seven months has not paid me unemployment insurance thus violating my procedual dueprocess right and substantive Due process rights. Also Freedom from cruel and unusal punishment.

As A Direct result of both perpetrators I had to be homeless for seven months, suffered emotional cruelty and mental anguish. I had to live in a uhaul been on 36th and Pierce to stay Alive and eat garbage out of the trash.

(3 A)

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____ .

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

~~COURT DOCUMENT~~

1) Injoin the Defendants from withholding unemployment from taxpayers.

2) Investigate through Audit DWD files to see how many times this has happened

3) - Monetary damages in the Amount of $50,000

- Compensatory damages in the Amount of $10,000

- punitive damages in the Amount of $10,000,000,000

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _22_ day of _February_ 20_22_

Respectfully Submitted,

_____
Signature of Plaintiff

_414 - 509 - 4746_
Plaintiff's Telephone Number

_Howard Mayfiell @gmail.com_
Plaintiff's Email Address

_5485 N. Port Washington Road_

_Glendale, WI 53217_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

☒ Motion for Appointment of Counsel

Complaint – 5